PAULINA SMITH, Respondent, *v.* SQUIRE COMPANY, INC., as Attorney-in-Fact for the LIBERTY UNDERWRITERS OF NEW YORK, Appellant.

(Argued April 16, 1929; decided April 30, 1929.)

*Guy C. Heater, Arnold L. Davis* and *Charles R. Coulter* for appellant.

*Dana R. Koons* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.